**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:
HEATHER CARLA SCHAEFFER            Case No. 19-18050 JKO
                                   Chapter 13
_____Debtor_____/

### OBJECTION TO CITIMORTGAGE, INC.'S NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

COMES NOW the Debtor, by and through undersigned counsel, and responds to the Creditor, CITIMORTGAGE, INC.'s (hereafter Creditor) Notice of Postpetition Mortgage Fees, Expenses, and Charges, and as grounds states:

1. On June 17, 2019, Debtor filed this Chapter 13 bankruptcy which included all Schedules, Statement of Financial Affairs and the Means Test, and on June 21, 2019 filed her Initial Chapter 13 Plan.

2. On August 30, 2019, Creditor filed Proof of Claim #7 with the total arrearage in the amount of $39,081.35.

3. On September 4, 2019, Debtor filed her Second Amended Plan comporting with the Creditor's Proof of Claim and the Second Amended Plan was confirmed on November 25, 2019.

5. On February 3, 2020, Creditor filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges seeking $750.00; i.e., $500.00 for preparing the Proof of Claim, and $250.00 for the 410A attachment to the Proof of Claim.

6. Debtor wishes to pay the Creditor's fees, expenses, and charges to the Creditor by having the Creditor add them to the end of the Debtor's mortgage payments in order to avoid having to incur additional fees to modify the plan ad a higher payment.

7. Undersigned counsel will reach out to the Creditor to discuss their acceptance of this arrangement and, if agreed to, submit an Agreed Order.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served this 14th day of February, 2020, to:

*Electronically: Clerk of Court, U.S. Trustee, USTPRegion21.MM.ECF@usdoj.gov, Robin R Weiner ecf@ch13weiner.com;ecf2@ch13weiner.com, Jeffrey S. Berlowitz on behalf of Creditor 1200 Club Condominium Association, Inc., jberlowitz@siegfriedrivera.com, jortega@siegfriedrivera.com, Keith S Labell on behalf of Creditor Citibank, N.A. klabell@rasflaw.com, klabell@rasflaw.com, Christopher P Salamone on behalf of Creditor CitiMortgage, Inc. csalamone@rasflaw.com, csalamone@rasflaw.com.*

And by US Mail to: Keith Labell, Esquire, Robertson, Anschutz & Schneid, PL, 6409 Congress Avenue, Suite #100, Boca Raton, FL 33487, and Heather Carla Schaeffer, Debtor, at 1200 N. Ft. Lauderdale Beach Blvd., #702, Ft. Lauderdale, FL 33304.

Donna R. Joseph, P.A.
FBN 827861
Attorney for Debtor
13899 Biscayne Blvd., #142
North Miami Beach, FL 33181
Telephone: 305-341-3410
ecf@donnajoseph.com,
donnajosephlaw@yahoo.com

Donna R. Joseph, Esquire