UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                                CASE NO.: 19-18050-PGH
                                                                              CHAPTER 13
Heather Carla Schaeffer,
aka Heather C Alston,
aka Heather Alston Schaeffer,
aka Heather Alston,
       Debtor.
_____/

**RESPONSE TO OBJECTION TO CITIMORTGAGE, INC.'S
NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

**COMES NOW,** CITIMORTGAGE, INC. ("Secured Creditor"), by and through its undersigned attorney, hereby files its Response to Objection to Citimortgage, Inc.'s Notice of Postpetition Mortgage Fees, Expenses, and Charges ("Objection"), (DE# 51), and in support thereof states as follows:

1. Secured Creditor holds an interest in Debtor's real property located at 1200 NORTH ATLANTIC BLVD 702, FORT LAUDERDALE, FL 33305.

2. Secured Creditor timely filed its Proof of Claim ("Claim"), Claim No. 7-1, on August 30, 2019 and Notice of Postpetition Mortgage Fees, Expenses, and Charges on February 3, 2020.

3. Pursuant to Federal Rule of Bankruptcy Procedure 3001(f), a proof of claim (and, by extension, supplemental proof of claim) executed and filed in accordance with the Bankruptcy Rules "shall constitute prima facie evidence of the validity and amount of the claim."

4. On February 14, 2020, Debtor filed an Objection, asserting allegations opposing Secured Creditor's claim.

5. Debtor will not be prejudiced by allowing the Notice of Postpetition Mortgage Fees, Expenses, and Charges to stand as timely filed. All amounts stated are reasonable and permitted by the loan documents.

6. Secured Creditor objects to the Debtor paying the fees listed in the Postpetition Mortgage Fees, Expenses, and Charges by adding them to the end of the Debtor's mortgage payments.

7. Secured Creditor Notice of Postpetition Mortgage Fees, Expenses, and Charges is neither incorrect nor improper as filed.

8. Secured Creditor reserves the right to supplement its Response to Debtor's Objection at any time before or at the hearing.

**WHEREFORE,** Secured Creditor respectfully requests that this Honorable Court allows Secured Creditor's Notice of Postpetition Mortgage Fees, Expenses, and Charges as filed so as to preserve Creditor's Claim, and for such other and further relief as the Court may deem just and proper.

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Ashley French
Ashley French, Esquire
Email: afrench@rasflaw.com
Florida Bar No. 107296

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 24, 2020, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

DEBTOR
Heather Carla Schaeffer
1200 N. Ft. Lauderdale Beach Blvd.,# 702
Fort Lauderdale, FL 33304

DEBTORS COUNSEL
Donna R Joseph, Esq
13899 Biscayne Blvd # 142
North Miami Beach, FL 33181

TRUSTEE
Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

US TRUSTEE
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Ashley French
Ashley French, Esquire
Email: afrench@rasflaw.com
Florida Bar No. 107296